**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**TARVIO WALKER, #01251**                                                      **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 5:09-cv-139-DCB-MTP**

**UNKNOWN BELL AND
UNKNOWN ALLEN**                                                        **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of November, 2009.


                                                       s/David Bramlette
                                                       UNITED STATES DISTRICT JUDGE